

# Fourth Court of Appeals
## San Antonio, Texas

June 28, 2019

No. 04-19-00428-CR

The **STATE** of Texas,
Appellant

v.

Raymond **SOTO**,
Appellee

From the 226th Judicial District Court, Bexar County, Texas
Trial Court No. 2018CR9019
The Honorable Velia J. Meza, Judge Presiding

## O R D E R

In its notices of appeal, the State requested a stay pursuant to article 44.01(e) of the Texas Code of Criminal Procedure. The request is GRANTED, and all proceedings in the underlying causes are STAYED pending final disposition of this appeal. TEX. CODE CRIM. PROC. art. 44.01(e).

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 28th day of June, 2019.

_Keith E. Hottle_
KEITH E. HOTTLE,
Clerk of Court